**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GEORGE CARVLIN,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

NO. 3:09-CR-00036

(JUDGE CAPUTO)

## ORDER

    **NOW**, this 18th day of October, 2018, upon review of Petitioner George Carvlin's Motion to Correct, Set Aside and/or Vacate his Conviction or Sentence Pursuant to 28 U.S.C. § 2255(f)(3) (Doc. 46), **IT IS HEREBY ORDERED** that:

    (1)    Carvlin's Motion (Doc. 46) is **DENIED**.

    (2)    A Certificate of Appealability **SHALL NOT** issue.

    (3)    The Clerk of Court is directed to mark this action **CLOSED**.

                            /s/ A. Richard Caputo
                            A. Richard Caputo
                            United States District Judge